**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7123**
_____

LAQUAN LORENZO SIMMONS,

            Plaintiff - Appellant,

      v.

CUMBERLAND COUNTY MUNICIPALITY; KELLY DIAMOND; SARAH
THOMPSON; ALLEN ROGERS; MS. ROWE; MS. STALLINGS; MS.
SLAUGHTER; FRANK L. PERRY; THOMAS ASBELL,

            Defendants – Appellees,

      and

NORTH CAROLINA DEPT OF PUBLIC SAFETY,

            Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (5:15-ct-03317-FL)

_____

Submitted:  December 15, 2016      Decided:  December 20, 2016

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Laquan Lorenzo Simmons, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laquan Lorenzo Simmons appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) civil rights action on 28 U.S.C. § 1915(e)(2)(B) (2012) review. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Simmons' informal brief does not challenge the basis for the district court's disposition, Simmons has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED